**Order entered October 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00517-CV

### MALCOLM JOHNSON, Appellant

### V.

### VERONICA POWELL-JOHNSON, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12398**

## ORDER

We **REINSTATE** this appeal as the findings of fact and conclusions of law for which we abated have been filed.

We note that appellant's written verification of payment for a supplemental reporter's record, which was ordered to be filed by October 12, 2020, has not yet been filed. Accordingly, we **ORDER** appellant to file the requested verification **no later than October 26, 2020**. We caution appellant that failure to file the

requested verification may result in the appeal being submitted on the record currently before the Court. *See* TEX. R. APP. P. 37.3(c).

/s/     KEN MOLBERG
        JUSTICE